# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**  **GREENBELT, MARYLAND    20770**
**301-344-0052**

M E M O R A N D U M

TO:             Counsel of Record

FROM:        Judge Roger W. Titus

RE:             Notice of Telephone Status Conference
                   *Erie Insurance Company a/s/o Minh Nguyen and Anh Nguyen v. eBay, Inc., et al.*
                   Civil Action No. RWT 16-2679

DATE:        August 23, 2016

* * * * * * * *

The above case has been reassigned to me from Judge Paula Xinis. I have scheduled a brief telephone status conference on ***September 6, 2016 at 5:00 p.m.  Counsel for the Plaintiff shall be responsible for initiating the call.***

Despite the informal nature of this memorandum, it shall constitute an Order of Court and be docketed accordingly.

/s/
Roger W. Titus
United States District Judge